The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re L&L ENERGY, INC. SECURITIES LITIGATION | Case No. CV11-1423RSL<br><br>**Notice of Appearance for Dickson V. Lee** |

To:    Clerk of the Court, United States District Court, Western District of Washington, at Seattle;

And to:    Phillip Kim and Laurence M. Rosen of the Rosen Law Firm PA, and Knoll Lowney and Richard A. Smith of Smith & Lowney PLLC, attorneys for lead plaintiff Gregg Irvin and plaintiff Jeff Mills;

And to:    Larry Gangnes, Douglas Greene, Ryan McBride, and Erin Wilson of Lane Powell PC, attorneys for defendants L&L Energy, Inc., Ian G. Robinson, Shirley Kiang, Dennis Bracy, and Robert Okun;

And to:    Defendant Jung Mei Wang.

    Each of you will please take notice that the undersigned attorney enters his appearance for defendant Dickson V. Lee, and requests that all further papers, notices, and pleadings in this matter, other than original process, be

///

Notice of Appearance
Page 1 of 2



720 Olive Way, Suite 1525, Seattle, WA 98101
T: 206 624-1900 F: 206 442-4396
aokilaw.com

served upon the undersigned attorney at the address stated below.

Dated this 23rd day of May 2014.

By:

*s/ Russell M. Aoki*
Russell M. Aoki, WSBA No. 15717
Attorney for Dickson V. Lee
AOKI LAW PLLC
720 Olive Way, Suite 1525
Seattle, WA 98101
T: 206 624-1900
F: 206 442-4396
russ@aokilaw.com

Notice of Appearance
Page 2 of 2



720 Olive Way, Suite 1525, Seattle, WA 98101
T: 206 624-1900 F: 206 442-4396
aokilaw.com