UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re L&L Energy, Inc. Securities Litigation | Case No.: 14 CV 3860 (ER)<br><br>**NOTICE OF RELATED CASES** |

**PLEASE TAKE NOTICE**, that this action is related to *Ron Buker v. L&L Energy, Inc, et al.*, No. 13 CV 6704 (RA) assigned to Judge Abrams ("Buker Action"). This action was transferred to this Court so that it may be consolidated with the Buker Action for the purposes of settlement. As such, this action should be reassigned to Judge Abrams.

Dated: May 2, 2014

Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

/s/ Phillip Kim
Phillip Kim, Esq. (PK 9384)
Laurence M. Rosen, Esq. (LR5733)
275 Madison Avenue, 34th Floor
New York, NY 10016
Phone: (212) 686-1060
Fax: (212) 202-3827
Email: pkim@rosenlegal.com
Email: lrosen@rosenlegal.com

Lead Counsel for Lead Plaintiff Gregg Irvin

CERTIFICATE OF SERVICE

I hereby certify that on this, the 2nd day of May 2014, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/ Phillip Kim