**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: L&L ENERGY, INC. SECURITIES LITIGATION<br><br>This Document Relates To: All Actions | Case No.: 13-cv-6704-RA<br><br>CONSOLIDATED CLASS ACTION<br><br>JURY TRIAL DEMANDED<br><br>ECF CASE |

**NOTICE OF NON OPPOSITION TO MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

Lead Plaintiffs submit this notice of non-opposition to their Motion For Preliminary Approval of Class Action Settlement, dkt. # 59 (the "Preliminary Approval Motion"). The Preliminary Approval Motion was filed on December 16, 2014. Thus the time to oppose the motion was January 5, 2015. To date no opposition has been filed. As such, the Preliminary Approval Motion is unopposed. The motion should be granted so that notice can issue to class members and the case proceed to the final approval stage where the merits of the settlement will be weighed by the Court to determine whether it is fair, reasonable and adequate.

Dated: January 16, 2015

Respectfully submitted,

THE ROSEN LAW FIRM, P.A.

/s/ Phillip Kim
Laurence M. Rosen, Esq. (LR 5733)
Phillip Kim, Esq. (PK 9384)
275 Madison Avenue, 34th Floor
New York, New York 10016
Tel: (212) 686-1060
Fax: (212) 202-3827
Email: lrosen@rosenlegal.com
Email: pkim@rosenlegal.com

1

FARUQI & FARUQI LLP

Rich Gonnello
369 Lexington Avenue 10th Floor
New York, New York 10017
Tel: (212) 983-9330
Fax: (212) 983-9331
Email: rgonnello@faruqilaw.com

Lead Counsel for Plaintiffs and the Class

## **CERTIFICATE OF SERVICE**

       I hereby certify that on this on the 16th day of January, 2015, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

                                     /s/ Phillip C. Kim