UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: L&L ENERGY, INC. SECURITIES LITIGATION | Case No.: 13-cv-6704-~~RA~~-AJP |
| This Document Relates To: All Actions | ELECTRONICALLY FILED DOC# ____ DATE FILED: 8/3/15 |

[~~PROPOSED~~] an ORDER AWARDING LEAD COUNSEL'S ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND AN AWARD TO LEAD PLAINTIFFS

WHEREAS, the Court has granted final approval to the Settlement of the above-referenced class action;

WHEREAS, Lead Counsel, The Rosen Law Firm, P.A. and Faruqi & Faruqi LLP, in connection with the Settlement, have petitioned the Court for an award of attorneys' fees in compensation for the services provided to Lead Plaintiffs and the Class along with reimbursement of expenses incurred in connection with the prosecution of this action, and an award to Lead Plaintiffs, to be paid out of the Settlement Fund established pursuant to the Settlement;

WHEREAS, capitalized terms used herein having the meanings defined in the Stipulation of Settlement dated December 15, 2014, ("Settlement Stipulation"); and

WHEREAS, the Court has reviewed the fee application and the supporting materials filed therewith, and has heard the presentation made by Lead Counsel during the final approval hearing, and due consideration having been had thereon.

NOW, THEREFORE, it is hereby ordered:

1.  Lead Counsel is awarded one-third of the Settlement Fund, or $1,166,666 as attorneys' fees in this action, ~~together with a proportionate share of the interest earned on the~~

1

~~fund, at the same rate earned by the balance of the fund, from the date of the establishment of the fund to the date of payment.~~

2. Lead Counsel shall be reimbursed out of the Settlement Fund in the amount of $83,721.64 for its expenses and costs.

3. Lead Plaintiff Gregg Irvin shall be awarded $3,500 and Lead Plaintiff Robert Leonard shall be awarded $1,500 as an incentive fee award and reimbursement for their lost time in connection with their prosecution of this action.

4. Except as otherwise provided herein, the attorneys' fees, reimbursement of expenses, and award to Lead Plaintiffs shall be paid in the manner and procedure provided for in the Settlement Stipulation.

Dated: __7/31__, 2015        SO ORDERED: *As Modified*

_____
ANDREW J. PECK
UNITED STATES MAGISTRATE JUDGE

HON. ANDREW J. PECK
United States Magistrate Judge
Southern District of New York

Copies ECF: All Counsel

**BY ECF**

2